AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>McKinley, Joseph H. | **2. Court or Organization**<br><br>Western District of Kentucky | **3. Date of Report**<br><br>04/28/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>206 U.S. Courthouse<br>423 Frederica St.<br>Owensboro, KY 42301 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Kentucky Teachers Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) (see Part VIII) | | | | | | | | | |
| 2. -Invesco Energy Fund Class C | A | Dividend | | | Sold | 08/03/16 | J | A | |
| 3. -Invesco Global Core Equity Fund Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 4. -Alger Spectra Fund Class C | A | Dividend | | | Sold | 08/03/16 | L | A | |
| 5. -Blackrock U.S. Opportunities Fund Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 6. -First Eagle Gold Fund Class C | A | Dividend | | | Sold | 08/03/16 | J | A | |
| 7. -First Eagle Overseas Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 8. -MFS New Discovery Fund Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 9. -Oppenheimer Equity Income Fund, Inc. Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 10. -Oppenheimer Developing Markets Class C | A | Dividend | | | Sold | 08/03/16 | J | A | |
| 11. -Transamerica Small/Mid Cap Value Fund Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 12. -SunAmerica Focused Dividend Strategy Fund Class C | A | Dividend | | | Sold | 08/03/16 | L | A | |
| 13. -Columbia Acorn Fund Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 14. -MFS Internation New Discovery Fund Class C | A | Dividend | | | Sold | 08/03/16 | K | A | |
| 15. Brokerage Account # 1 (H) | | | | | | | | | |
| 16. -Ishares TR 3-7 YR Treas BD ETF | A | Dividend | | | Sold (part) | 01/19/16 | K | A | |
| 17. | | | | | Sold (part) | 02/02/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/08/16 | J | A | |
| 19. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 20. | | | | | Sold (part) | 10/04/16 | J | A | |
| 21. | | | | | Sold | 11/02/16 | J | A | |
| 22. -Powershares QQQ TR Unit Ser 1 | A | Dividend | | | Sold | 02/02/16 | J | A | |
| 23. -Vanguard BD Index FD INC Total BD Market | A | Dividend | | | Sold | 02/02/16 | J | A | |
| 24. -Ishares Tr Core S&P 500 ETF | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 25. -Ishares TR Barclays 1-3 Yr Treas BD ETF | A | Int./Div. | | | Sold (part) | 02/02/16 | J | A | |
| 26. | | | | | Sold (part) | 04/08/16 | J | A | |
| 27. | | | | | Sold | 09/07/16 | J | A | |
| 28. -Vanguard Index FDS S&P 500 ETF SHS New | A | Dividend | | | Sold | 01/15/16 | K | A | |
| 29. -Dreyfus Ins Deposit Program | A | Int./Div. | L | T | | | | | |
| 30. Market Vectors ETF TR Intermediate Muni Index | A | Int./Div. | | | Buy | 02/02/16 | K | | |
| 31. | | | | | Sold (part) | 05/03/16 | J | A | |
| 32. | | | | | Sold (part) | 04/08/16 | J | A | |
| 33. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 34. | | | | | Sold (part) | 10/04/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/02/16 | J | A | |
| 36. Proshares Tr Short S&P 500 | A | Int./Div. | | | Buy | 02/02/16 | J | | |
| 37. | | | | | Sold | 04/08/16 | J | A | |
| 38. SPDR Ser Tr Nuveen Barclays Short Term Mun Bd ETF | A | Int./Div. | | | Buy | 02/02/16 | K | | |
| 39. | | | | | Sold (part) | 04/08/16 | J | A | |
| 40. | | | | | Sold (part) | 09/07/16 | J | A | |
| 41. | | | | | Sold | 10/04/16 | J | A | |
| 42. Select Sector SPDR Tr Consumer Staples | A | Int./Div. | | | Buy | 02/02/16 | J | | |
| 43. | | | | | Sold (part) | 04/08/16 | J | A | |
| 44. | | | | | Sold | 10/04/16 | J | A | |
| 45. Vanguard Index FDS REIT ETF | A | Int./Div. | | | Buy | 04/08/16 | J | | |
| 46. | | | | | Sold (part) | 09/07/16 | J | A | |
| 47. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 48. | | | | | Buy (add'l) | 10/10/16 | J | | |
| 49. | | | | | Sold (part) | 11/02/16 | J | A | |
| 50. | | | | | Sold | 11/29/16 | J | A | |
| 51. Vanguard Index FDS Total Stk Mkt ETF | A | Int./Div. | | | Buy | 04/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/07/16 | J | A | |
| 53. | | | | | Sold (part) | 10/04/16 | J | A | |
| 54. | | | | | Sold (part) | 11/02/16 | J | A | |
| 55. | | | | | Sold | 11/29/16 | J | A | |
| 56. Vanguard Intl Equity Index FD Inc FTSE All World | A | Int./Div. | | | Buy | 05/03/16 | J | | |
| 57. | | | | | Buy (add'l) | 10/10/16 | J | | |
| 58. | | | | | Sold (part) | 09/07/16 | J | A | |
| 59. | | | | | Sold | 11/29/16 | J | A | |
| 60. Equinox Chesapeake Stratgy Fund Class I | A | Int./Div. | | | Buy | 09/07/16 | J | | |
| 61. | | | | | Sold (part) | 10/04/16 | J | A | |
| 62. | | | | | Sold | 11/29/16 | J | A | |
| 63. Vanguard Inflation Protected Fund Admiral Shares | A | Int./Div. | | | Buy | 10/04/16 | J | | |
| 64. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 65. | | | | | Sold | 11/29/16 | J | A | |
| 66. Vanguard Emerging Mkts Stock Index Fund Admiral Class | A | Int./Div. | | | Buy | 10/04/16 | J | | |
| 67. | | | | | Sold | 11/29/16 | J | A | |
| 68. Vanguard Total Int. Bond Index Admiral shares | A | Int./Div. | | | Buy | 11/02/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/29/16 | J | A | |
| 70. Vanguard Int-Term Treasury Fund Amiral Shares | A | Int./Div. | | | Buy | 11/02/16 | J | | |
| 71. | | | | | Sold | 11/29/16 | J | A | |
| 72. Vanguard Short-Term Treasury Fund Admiral Shares | A | Int./Div. | | | Buy | 11/02/16 | K | | |
| 73. | | | | | Sold | 11/29/16 | K | A | |
| 74. Owensboro Country Club Stock | | None | J | T | | | | | |
| 75. Money Market Account-Money Concepts (H) | A | Int./Div. | J | T | | | | | |
| 76. --Dreyfus Insured Deposits | | | | | | | | | |
| 77. --Federated Reserves | | | | | | | | | |
| 78. Evansville Teachers Federal Credit Union Account | A | Interest | K | T | | | | | |
| 79. John Hancock Freedom 529(A) | A | Int./Div. | J | T | | | | | |
| 80. ---Lifestyle Growth 529 Portfolio A | | | | | | | | | |
| 81. John Hancock Freedom 529(B) | A | Int./Div. | J | T | | | | | |
| 82. ---Lifestyle Growth 529 Portfolio A | | | | | | | | | |
| 83. John Hancock Freedom 529(C) | A | Int./Div. | J | T | | | | | |
| 84. ---Lifestlye Growth 529 Portfolio A | | | | | | | | | |
| 85. John Hancock Freedom 529(D) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   ---Lifestlye Growth 529 Portfolio A | | | | | | | | | |
| 87.   John Hancock Freedom 529(E) | A | Int./Div. | J | T | Open | 08/15/16 | J | | |
| 88.   ---Lifestyle Growth 529 Portfolio A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinley, Joseph H. | 04/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets in IRA # 1 were sold and rolled over into my Thrift Savings Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph H. McKinley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544